UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:           CASE NO. 09-58062-TJT
VIDA LARSEN                CHAPTER 13 PROCEEDINGS
                                   HON. THOMAS J. TUCKER

         Debtor
_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| VIDA LARSEN<br>11375 MERCEDES<br>REDFORD, MI 48239-0000<br>SSN: XXX-XX-7103 | N/A | N/A | DEBTOR REFUND | 1234736 | 1/29/10 | $ 4,106.00 |

DATED: February 08, 2010          /s/ TAMMY L. TERRY
                                        TAMMY L. TERRY, STANDING
                                        CHAPTER 13 TRUSTEE
                                        535 GRISWOLD
                                        SUITE 2100
                                        DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                    CASE NO. 09-58062-TJT
VIDA LARSEN                       CHAPTER 13 PROCEEDINGS
                                        HON. THOMAS J. TUCKER

          Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**SWEENEY LAW OFFICES PLLC
29777 TELEGRAPH #2500
SOUTHFIELD, MI 48034**

**Last Known Address for Debtor:**

**VIDA LARSEN
11375 MERCEDES
REDFORD, MI 48239**

DATED: February 08, 2010              /s/ TAMMY L. TERRY
                                                TAMMY L. TERRY, STANDING
                                                CHAPTER 13 TRUSTEE
                                                 535 GRISWOLD
                                                 SUITE 2100
                                                 DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930        6374321
DETROIT, MICHIGAN 48231-1930

0958062  00000  07414  1234736
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 01/29/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1234736

| 0958062 | VIDA LARSEN | | | 4,106.00 | 0.00 | 4,106.00 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | 0.00 | | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79/611

CHECK NO. 1234736  
SunTrust Bank

FOR  VIDA LARSEN  
BK:0958062 ACCT:  
PRIN: 4,106.00  INT: 0.00

DATE Jan 29, 2010

PAY **4,106.00**

AMOUNT ******4,106.00

Four Thousand One Hundred Six And Xx / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $4,106.00  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

⑆1234736⑆ ⑉061100790⑉ 000000575 1516⑈